IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ZACHARY MILLER NIGHTINGALE; et al.,

　　　　Plaintiffs-Appellees,

　　　　　　v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; et al.,

　　　　Defendants-Appellants.

No. 21-15288

## APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants move to dismiss this appeal, with each party to bear its own costs. Plaintiffs-appellees consent to this motion.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CHARLES W. SCARBOROUGH

　　　　　　　　　　　　　　　　　s/ *Sarah Carroll*
　　　　　　　　　　　　　　　　SARAH CARROLL
　　　　　　　　　　　　　　　　　(202) 514-4027
　　　　　　　　　　　　　　　　Attorneys
　　　　　　　　　　　　　　　　Civil Division, Appellate Staff
　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　950 Pennsylvania Ave., N.W., Rm. 7511
　　　　　　　　　　　　　　　　Washington, D.C.  20530

JULY 2021

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 63 words, according to Microsoft Word.

                                            s/ *Sarah Carroll*
                                          SARAH CARROLL