UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ZACHARY MILLER NIGHTINGALE; et al.,

            Plaintiffs-Appellees,

  v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; et al.,

            Defendants-Appellants.

No.   21-15288

D.C. No. 3:19-cv-03512-WHO
Northern District of California,
San Francisco

ORDER

Appellants' unopposed motion (Docket Entry No. 13) for voluntary

dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo